# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240511 |
|---|---|
| Trans | 146949 |

Received From: **LOGAN HOSE**
Case Number:
Reference Number:   **CV 02-749SOM**

|  | Check | 15.50 |
|---|---|---|
|  | Total | 15.50 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.50 |

|  | **Total** | 15.50 |
|---|---|---|
|  | Tend | 15.50 |
|  | Due | 0.00 |

08/13/2007 04:03:33 PM     Deputy Clerk: et/LG