AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240528 |
|---|---|
| Trans | 146966 |

Received From: **LOGAN HOSE**
Case Number:
Reference Number: **CV 02-749SOM**

|  | Check | 15.00 |
|---|---|---|
|  | Total | 15.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.00 |
|  | **Total** | | **15.00** |
|  | Tend | | 15.00 |
|  | Due | | 0.00 |

08/13/2007 04:12:14 PM     Deputy Clerk: et/LG