AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242139 |
|---|---|
| Trans | 149123 |

Received From:     **LOGAN JOSE**
Case Number:
Reference Number:  **CV 02-749SOM**

|  | Check | 9.04 |
|---|---|---|
|  | Total | 9.04 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 9.04 |
|  | **Total** |  | **9.04** |
|  | Tend |  | 9.04 |
|  | Due |  | 0.00 |

01/07/2008 03:54:06 PM     Deputy Clerk: et/LG