AO 83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 242338 |
|---|---|
| Trans | 149377 |

Received From: **LOGAN K. HOSE**
Case Number:
Reference Number: CV 02-749 SOM

|  | Check | 17.10 |
|---|---|---|
|  | Total | 17.10 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 17.10 |
|  |  | **Total** | **17.10** |
|  |  | Tend | 17.10 |
|  |  | Due | 0.00 |

01/22/2008 03:40:23 PM    Deputy Clerk: ag/AG