# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244282 |
|---|---|
| Trans | 152069 |

Received From:     **LOGAN HOSE**
Case Number:
Reference Number:     **CV 02-749SOM**

|  | Check | 9.10 |
|---|---|---|
|  | Total | 9.10 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 9.10 |
|  |  | **Total** | **9.10** |
|  |  | Tend | 9.10 |
|  |  | Due | 0.00 |

07/14/2008 03:05:14 PM          Deputy Clerk: dt/DT          _____